

**COHEN FORMAN BARONE, LLP**
AN EXPERIENCED LAW FIRM

www.cfblaw.com

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
| --- | --- | --- |
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

October 2, 2023

BY ECF
Magistrate Judge Jennifer E. Willis
United States District Judge
Southern District of New York
New York, New York 10007

Re:   United States v. Brian Gutierrez (23 mj 06442)

Dear Judge Willis:

    As your Honor is aware, I am counsel to Brian Gutierrez in the above referenced matter, appointed by the Court to represent the defendant pursuant to the provisions of the Criminal Justice Act ("CJA").  This correspondence is to request, with the consent of the government, one additional week to satisfy Mr. Gutierrez's bond conditions. He was given until, October 2, 2023 for satisfaction.

    Mr. Gutierrez is presenting an additional potential co-signer to the bond.  The government has accepted one of the co-signers and has yet to approve a second.  After email correspondence with the government, and, specifically AUSA Jerry Fang, the parties are seeking one more week, on consent, for Mr. Gutierrez to satisfy all the bond conditions.  Mr. Gutierrez's ankle monitoring, GPS tracker has been installed and is functioning.  There have been no reported violations during the first two weeks of Mr. Gutierrez's release.

This request is GRANTED.  SO ORDERED.

*/s/ Jennifer E. Willis*

Jennifer E. Willis
United States Magistrate Judge

October 3, 2023

Respectfully,

//s//David Jason Cohen//s//
David Jason Cohen
Cohen Forman Barone
950 Third Avenue
11th floor
New York, NY 10022
david@cfblaw.com

cc: AUSA-- Jerry J. Fang (*via email Jerry.Fang@usdoj.gov*)

    Courtney DeFeo at pretrial services  (*via email Courtney_DeFeo@nyspt.uscourts.gov*)

Manhattan        950 Third Avenue, 11th floor, New York, NY 10022        T. 212.766.9111        F. 212.766.9166
Long Island      228 East Main Street, Patchogue, NY 11772               T. 631.766.9111        F. 212.766.9166