```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   Docket #1:23-mj-06442-UA-2
      -against-                      :   ORDER
                                     :
Brian Gutierrez                      :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Stewart Aaron, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to a curfew enforced by location monitoring technology as directed by Pretrial Services.

Dated: New York, New York
       December 20, 2023

SO ORDERED:

_____
Stewart Aaron
United States Magistrate Judge